UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID DWAIN DICKERSON,<br><br>                    Plaintiff,<br><br>     -against-<br><br>WENDY DICKERSON, Retired from Bronx DA's Office, Daughter, Administrator Lois Dickerson wrongful death case,<br><br>                  Defendant. | 23-CV-9938 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the January 11, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 11, 2024
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                           Chief United States District Judge